UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

BEHAVIORAL CENTERS OF SOUTH FLORIDA, LLC,

      CASE NO. 1:22-cv-23287

    Plaintiff,

v.

MAGELLAN HEALTHCARE, INC.

    Defendant.
_____/

## DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant, MAGELLAN HEALTHCARE, INC., states as follows:

Magellan Healthcare, Inc. is a wholly-owned subsidiary of Magellan Health, Inc. Magellan Health, Inc. is a wholly owned subsidiary of Centene Corporation. Centene Corporation is a publicly traded company on the New York Stock Exchange (CNC).

Dated: October 12, 2022    By:  /s/ *Latanae L. Parker*
                                             Latanae L. Parker / FBN 76591
                                             Maynard, Cooper & Gale, P.C.
                                             9100 S. Dadeland Blvd., Suite 1500
                                             Miami, FL 33156
                                             Telephone: (305) 735-3753
                                             E-mail: lparker@maynardcooper.com
                                             *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2022, a true and correct copy of the foregoing has been served by electronic filing through the CM/ECF system, which will send notice to the parties to this litigation as follows:

Santino Ruiz
Law Group of South Florida, LLC
Ocean Bank Building
782 N.W. Le Jeune Road, Suite 447
Miami, Florida 33126
Tel: (305) 260-61478
Fax: (305) 675-9286
Email: Sruiz@lawgroupsf.com
*Counsel for Plaintiff*

/s/ *Latanae L. Parker*
Latanae L. Parker, Esq.